AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
| ALAN PLACZKIEWICZ | ) Case No. 3:22-mj-140 |
|  | ) **SEALED** |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 2019 to present__ in the county of __Polk__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1028(a)(7) and 18 U.S.C. § 1349 | Fraud and Related Activity in Connection with Identification Documents, Authentication Features, and Information and Conspiracy to Commit Mail and Bank Fraud |

This criminal complaint is based on these facts:

See the attached affidavit of Homeland Security Investigations Special Agent Lindsay M. Wills

☑ Continued on the attached sheet.

By telephone pursuant to Fed. R. Crim. P. 4.1
*Complainant's signature*

HSI Special Agent Lindsay M. Wills
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 10:50 a.m..

Date: 08/02/2022

*Judge's signature*

City and state: Portland, Oregon    Honorable Jeffrey Armistead, U.S. Magistrate Judge
*Printed name and title*