**Megha Desai**
**Assistant Federal Public Defender**
**Email: megha_desai@fd.org**
**101 SW Main Street, Suite 1700**
**Portland, OR 97204**
**Tel: (503) 326-2123**
**Fax: (503) 326-5524**
**Attorney for Defendant**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No.  3:22-mj-00140 |
| Plaintiff, | |
| v. | DECLARATION OF COUNSEL IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT DATE |
| **ALAN PLACZKIEWICZ,** | |
| Defendant. | |

I, Megha Desai, declare:

1. I represent Alan Placzkiewicz in the above-entitled case. He is accused by way of complaint of one violation of 18 U.S.C §§ 1028(a)(7) and 1349.

2. The parties have consulted and agree that an additional 60 days is needed to prepare for arraignment.

3. Mr. Placzkiewicz is out of custody.

4. I have discussed with Mr. Placzkiewicz his right to be indicted within 30 days of his summons date under 18 U.S.C. § 3161(b). Mr. Placzkiewicz understands his rights and knowingly waives his right to be arraigned within 30 days.

**Page 1   DECLARATION OF COUNSEL**

5.  In light of the potential penalties in this case, the need to further investigate and prepare for the arraignment, and in light of Mr. Placzkiewicz's consent and the agreement of the parties, the ends of justice in granting this motion outweigh the best interest of the public and the defendant in a speedy trial. Under these circumstances, a continuance of the arraignment date is reasonable and just.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed on September 20, 2022 in Portland, Oregon.

/s/ *Megha Desai*
Megha Desai
Attorney for Defendant

**Page 2   DECLARATION OF COUNSEL**